IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE MAURICIO MORUA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-05-390 |
| | § | Criminal Action No. H-02-572-8 |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent, | § | |

FINAL JUDGMENT

As Petitioner Jose Mauricio Morua's Motion Under 28 U.S.C. 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Civil Document No. 1, Criminal Document No. 529) has been denied, and the United States of America's Response to Motion for Relief Under 28 U.S.C. § 2255 and Motion to Dismiss (Criminal Document No. 540) has been granted, the Court hereby

DISMISSES Petitioner Jose Mauricio Morua's 28 U.S.C. § 2255 motion.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 25th day of July, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge